# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**LILY BRUURSEMA,**

    **Plaintiff,**

v.                                       Case No. 8:12-cv-525-T-30EAJ

**WACHOVIA MORTGAGE FSB,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Temporary Restraining Order (Dkt. 1). A review of the record reveals that Plaintiff has failed to pay the required filing fee. Moreover, the mere fact that Plaintiff disagrees with the state court's decision does not state a valid cause of action upon which relief can be granted. Indeed, the proper remedy for Plaintiff's dissatisfaction with the state court's ruling is to file an appeal in state court. For all of these reasons, it is appropriate to deny Plaintiff's motion and to dismiss Plaintiff's case.

It is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Temporary Restraining Order (Dkt. 1) is hereby denied.

2. Plaintiff's claims are dismissed.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2012.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-525.mtro.frm